## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In Re: | ) | |
| **Devon Sherwyn Plentie** ) | Case No. | |
| **3455 Jake White Court** ) | Chapter | **13** |
| **High Point, NC 27265** ) | | |
| ) | | |
| **Kelilea Ronell Plentie** ) | | |
| **3455 Jake White Court** ) | | |
| **High Point, NC 27265** ) | | |
| | | |
| SS#   **xxx-xx-0464** ) | | |
| SS#   **xxx-xx-2333** ) | | |
| Debtor(s) ) | | |

## NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtor(s) filed for relief under Chapter 13 of the United States Bankruptcy Code on   **August 20, 2014**  .

The filing automatically stays collection and other actions against the Debtor, Debtor's property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the proof of claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

# CHAPTER 13 PLAN SUMMARY

The Debtor proposes an initial plan, which is subject to modification, as follows:

## I. Plan Payments

The plan proposes a payment of **$1,835.00** per month for a period of **60** months. The Debtor shall commence payments to the Trustee within thirty (30) days from the date the petition was filed.

## II. Administrative Costs

**1. Attorney fees.**

☒ The attorney for the Debtor will be paid the base fee of $3,700.00. The Attorney has received $ **700.00** from the Debtor pre-petition and the remainder of the base fee will be paid monthly by the Trustee as funds are available, after scheduled monthly payments to holders of domestic support obligations and allowed secured claims.

☐ The Attorney for the Debtor will file application for approval of a fee in lieu of the presumptive fee.

**2. Trustee costs.** The Trustee will receive from all disbursements such amount as approved by the Court for payment of fees and expenses

## III. Priority Claims

All pre-petition claims entitled to priority under 11 U.S.C. § 507 will be paid in full in deferred cash payments unless otherwise indicated.

**1. Domestic Support Obligations ("DSO")**

a. ☒ None

b. The name, address, and phone number, including area code, of the holder of any DSO as defined in § 101(14A) is as follows:

| Name of DSO Claimant | Address, city, state & zip code | Telephone Number |
|---|---|---|
|  |  |  |

c. All **post-petition** DSO amounts will be paid directly by the Debtor to the holder of the claim and not by the Trustee.

d. Arrearages owed to DSO claimants under 11 U.S.C.§ 507(a)(1)(A) not presently paid through wage garnishment will be paid by the Trustee as follows:

| Name of DSO Claimant | Estimated Arrearage Claim | Monthly Payment |
|---|---|---|
|  |  |  |

**2. Other priority claims to be paid by Trustee**

| Creditor | Estimated Priority Claim |
|---|---|
| **Guilford County Tax Dept.** | $0.00 |
| **Internal Revenue Service** | $0.00 |
| **NC Department of Revenue** | $2,099.46 |

**IV.     Secured Claims**

1. **Real Property Secured Claims**

   a. ☐ None

   b. All payments on any claim secured by real property will be paid by the Trustee unless the account is current, in which case the Debtor may elect to continue making mortgage payments directly. Arrearage claims will be paid by the Trustee as separate secured claims over the term of the plan, without interest.

| Creditor | Property Address | Residence or Non-residence R/NR | Current Y/N | Monthly Payment | Arrearage Amount | If Current Indicate Payment by Debtor (D) or Trustee (T) |
|---|---|---|---|---|---|---|
| **Bank of America Home Loans** | **Residence and land located at:<br>3455 Jake White Court<br>High Point, NC 27265<br>Value based on Guilford County tax value<br>Joint** | **R** | **N** | **$1,332.44** | **$12,800.94** | |
| **Slatter Management** | **Residence and land located at:<br>3455 Jake White Court<br>High Point, NC 27265<br>Value based on Guilford County tax value<br>Joint** | **R** | **N** | **$30.00** | **$300.00** | |

2. **Personal Property Secured Claims**

   a. ☒ None

   b. Claims secured by personal property will be paid by the Trustee as follows:

| Creditor | Collateral | Secured Amount | Purchase Money Y/N | Under-secured Amount | Pre-confirmation adequate protection payment per § 1326(a)(1) | Post-confirmation Equal Monthly Amount (EMA) | Proposed Interest Rate |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

The Trustee will disburse pre-confirmation adequate protection payments to secured creditors holding allowed purchase money secured claims. Claims having a collateral value of less than $2,000.00 will not receive adequate protection payments.

*To the extent that the valuation provisions of 11 U.S.C. § 506 do not apply to any of the claims listed above, the creditor's failure to object to confirmation of the proposed plan shall constitute the creditor's acceptance of the treatment of its claim as proposed, pursuant to 11 U.S.C. § 1325(a)(5)(A).*

3. **Collateral to be Released**

   The Debtor proposes to release the following collateral:

| Creditor | Collateral to be Released |
|---|---|
| **-NONE-** | |

4. **Liens to be Avoided**

The Debtor pursuant to 11 U.S.C. § 522 proposes to avoid the following liens on property to the extent that such liens impair the Debtor's exemption:

| Lien Creditor | Property |
|---|---|
| -NONE- | |

**V.    Co-Debtor Claims**

The Debtor proposes to separately classify for payment in full the following claims for consumer debts on which an individual is liable with the Debtor:

| Creditor | Co-Debtor | Interest Rate | Monthly Payment |
|---|---|---|---|
| -NONE- | | | |

**VI.    General Unsecured Claims Not Separately Classified**

General unsecured claims will be paid on a pro-rata basis, with payments to commence after priority unsecured claims are paid in full. The estimated dividend to general unsecured claims is __0__ %.

**VII.    Executory Contracts/Leases**

a.    ☒ None

b.    The following executory contracts and/or leases will be rejected:

| Creditor | Nature of lease or contract |
|---|---|
| | |

c.    The following executory contracts and/or leases will be assumed. The Debtor will pay directly all lease payments which come due from the petition filing date until confirmation of the plan. Upon confirmation, payments will be paid as follows:

| Creditor | Nature of Lease or Contract | Monthly payment | Monthly payment paid by Debtor (D) or Trustee (T) | Arrearage Amount | Arrearage paid by Debtor (D) or Trustee (T) | Arrearage monthly payment |
|---|---|---|---|---|---|---|
| -NONE- | | | | | | |

**VIII.    Special Provisions**

a.    ☐ None

b.    Other classes of unsecured claims and treatment

c. Other Special Terms

Arrearages will be paid at 0% interest.

Date: **August 20, 2014**                         **/s/ Damon Duncan**
                                                  **Damon Duncan**
                                                  Attorney for the Debtor
                                                  Address:      **628 Green Valley Rd., Suite 304**
                                                                **Greensboro, NC 27408**
                                                  Telephone:    **336-856-1234**
                                                  State Bar No. **39650**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

In Re:  )
    **Devon Sherwyn Plentie**  )  **NOTICE TO CREDITORS**
    **Kelilea Ronell Plentie**  )  **AND**
      )  **PROPOSED PLAN**
SS#  **xxx-xx-0464**  )
SS#  **xxx-xx-2333**  )  Case No. _____
    Debtor(s)  )

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the Notice to Creditors and Proposed Plan was served by first class mail, postage prepaid, to the following parties at their respective addresses:

**Reid Wilcox**
**Clerk of Court**
**U.S. Bankruptcy Court**
**Middle District of North Carolina**
**P.O. Box 26100**
**Greensboro, NC 27402**

**Anita Jo Kinlaw Troxler**
**Chapter 13 Trustee**
**Greensboro Division**
**Post Office Box 1720**
**Greensboro, NC 27402-1720**

**American Profit Recovery**
**34405 W. 12 Mile Road**
**Suite 379**
**Farmington, MI 48331**

**AT&T**
**PO Box 537104**
**Atlanta, GA 30353**

**Bank of America**
**4161 Piedmont Parkway**
**Greensboro, NC 27410**

**Bank of America Home Loans**
**Attn: Officer or Managing Agent**
**PO Box 15222**
**Wilmington, DE 19886-5222**

**BBY / CBNA**
**P.O. Box 6497**
**Sioux Falls, SD 57117**

**Bernhardt & Strawser**
**5821 Fairview Rd**
**Suite 100**
**Charlotte, NC 28209**

**Best Buy**
**P.O. Box 6497**
**Sioux Falls, SD 57117**

**Best Buy / CBNA**
**P.O. Box 6497**
**Sioux Falls, SD 57117**

**Bestbuy**
**P.O. Box 6497**
**Sioux Falls, SD 57117**

**Capital One**
P.O. Box 30253
Salt Lake City, UT 84130

**Capital One / BSTBY**
P.O. Box 30253
Salt Lake City, UT 84130

**Chase Bank**
P.O. Box 15298
Wilmington, DE 19850

**Chase Bank USA**
P.O. Box 15298
Wilmington, DE 19850

**Citibank, N.A.**
**Attn: Officer or Managing Agent**
399 Park Avenue
New York, NY 10043

**CitiBank/Sears**
P.O. Box 6283
Sioux Falls, SD 57117

**Cone Health**
2630 Willard Dairy Road
High Point, NC 27265

**Dept. of Education Nelnet**
3015 Parker Road
Suite 400
Aurora, CO 80014

**Dept. of Education Nelnet**
3015 Parker Road
Suite 400
Aurora, CO 80014

**Duncan Law LLP**
628 Green Valley Rd
Suite 304
Greensboro, NC 27408

**Equifax, Inc**
**Attn: Bankruptcy Notification**
P.O. Box 740241
Atlanta, GA 30374

**Experian**
**Attn: Bankruptcy Notification**
PO Box 9701
Allen, TX 75013

**Guilford County Clerk of Court**
P.O. Box 3427
Greensboro, NC 27402

**Guilford County Tax Dept.**
**Attn: Bankruptcy**
400 W. Market St.
Greensboro, NC 27401

**Higgins Benjamin**
101 W Friendly Avenue
Greensboro, NC 27401

**Higgins Benjamin**
101 W Friendly Avenue
Greensboro, NC 27401

**Home Depot**
P.O. Box 6497
Sioux Falls, SD 57117

**Home Depot Citibank**
5821 Fairview Road
Suite 100
Charlotte, NC 28209

**Internal Revenue Service**
Attn: Bankruptcy Unit
P.O. Box 7346
Philadelphia, PA 19114

**Keyspan Long Island**
300 Erie Boulevard W.
Syracuse, NY 13202

**Kohl's / Capital One**
P.O. Box 3115
Milwaukee, WI 53201

**Kohl's Charge**
P.O. Box 3115
Milwaukee, WI 53201

**Macy's**
P.O. Box 17759
Clearwater, FL 33762

**Macy's**
P.O. Box 17759
Clearwater, FL 33762

**Midland Funding / GE Capital Retail Bank**
8875 Aero Drive
Suite 200
San Diego, CA 92123

**Midland Funding / T Mobile**
8875 Aero Drive
Suite 200
San Diego, CA 92123

**Midland Funding / Webbank**
8875 Aero Drive
Suite 200
San Diego, CA 92123

**Midland Funding LLC**
8875 Aero Drive
Suite 200
San Diego, CA 92123

**Mohela / Dept. of Education**
633 Spirit Drive
Chesterfield, MO 63005

**Mohela / Dept. of Education**
633 Spirit Drive
Chesterfield, MO 63005

**NC Department of Revenue**
Attn: Bankruptcy Dept.
Post Office Box 25000
Raleigh, NC 27640

**Paragon Revenue Group**
P.O. Box 127
Concord, NC 28026

**Regional Finance**
2108 N. Centennial Street
Suite 114
High Point, NC 27262

**SCA Collections / Greensboro Pathology**
P.O. Box 876
Greenville, NC 27835

**Sears / CBNA**
**P.O. Box 6282**
**Sioux Falls, SD 57117**

**Sears / CBNA**
**P.O. Box 6282**
**Sioux Falls, SD 57117**

**Sears / CBNA**
**P.O. Box 6282**
**Sioux Falls, SD 57117**

**Slatter Management**
**Attn: Officer or Managing Agent**
**4125 Walker Ave.**
**Greensboro, NC 27407**

**Stellar Recovery Inc. / Dish Network**
**1327 Highway 2 W.**
**Suite 100**
**Kalispell, MT 59901**

**Stern & Associates**
**P.O. Box 14899**
**Greensboro, NC 27415**

**Stern & Associates**
**P.O. Box 14899**
**Greensboro, NC 27415**

**Stern & Associates**
**P.O. Box 14899**
**Greensboro, NC 27415**

**Stern & Associates**
**P.O. Box 14899**
**Greensboro, NC 27415**

**Stern & Associates**
**P.O. Box 14899**
**Greensboro, NC 27415**

**Stern & Associates**
**P.O. Box 14899**
**Greensboro, NC 27415**

**SYNCB / Walmart**
**P.O. Box 965024**
**Orlando, FL 32896**

**SYNCB / Walmart**
**P.O. Box 965024**
**Orlando, FL 32896**

**The Bureaus, Inc. / Capital One Retail**
**1717 Central Street**
**Evanston, IL 60201**

**Tonya B. Urps**
**Bernhardt & Strawser PA**
**5821 Fairview Rd, Ste 100**
**Charlotte, NC 28209**

**TransUnion**
**Attn: Bankruptcy Notification**
**P.O. Box 1000**
**Crum Lynne, PA 19022**

**United Consumer**
**865 Bassett Road**
**Westlake, OH 44145**

**United Consumer Financial**
**865 Bassett Road**
**Westlake, OH 44145**

**Wake Forest Baptist Health**
**PO Box 751727**
**Charlotte, NC 28275**

**Wake Forest Baptist Health**
**PO Box 751727**
**Charlotte, NC 28275**

**Wake Forest Baptist Health**
**PO Box 751727**
**Charlotte, NC 28275**

**Wake Forest Baptist Health**
**PO Box 751727**
**Charlotte, NC 28275**

**Wake Forest Baptist Health**
**PO Box 751727**
**Charlotte, NC 28275**

**Wake Forest Baptist Health**
**PO Box 751727**
**Charlotte, NC 28275**

**Wake Forest Baptist Medical**
**1 Medical Center Boulevard**
**Winston Salem, NC 27103**

**Wake Forest Baptist Medical**
**1 Medical Center Boulevard**
**Winston Salem, NC 27103**

**Wake Forest Baptist Medical**
**1 Medical Center Boulevard**
**Winston Salem, NC 27103**

**Wake Forest Baptist Medical**
**1 Medical Center Boulevard**
**Winston Salem, NC 27103**

**Wake Forest Baptist Medical**
**1 Medical Center Boulevard**
**Winston Salem, NC 27103**

**Wake Forest Baptist Medical**
**1 Medical Center Boulevard**
**Winston Salem, NC 27103**

**Wake Forest Baptist Medical**
**1 Medical Center Boulevard**
**Winston Salem, NC 27103**

**Wake Forest Baptist Medical**
**1 Medical Center Boulevard**
**Winston Salem, NC 27103**

**Wake Forest Baptist Medical**
**1 Medical Center Boulevard**
**Winston Salem, NC 27103**

**Webbank / Fingerhut**
**6250 Ridgewood Road**
**Saint Cloud, MN 56303**

**Webbank / Fingerhut**
**6250 Ridgewood Road**
**Saint Cloud, MN 56303**

**Webbank / Fingerhut**
**6250 Ridgewood Road**
**Saint Cloud, MN 56303**

**Webbank / Fingerhut / Midland Funding**
**6250 Ridgewood Road**
**Saint Cloud, MN 56303**

Date: **August 20, 2014**  /s/ **Damon Duncan**
**Damon Duncan**